MATTHEW TRAVIS HOUSTON, CHTD
ABA No. 04662784
HOSP No. 1210652
PO Box 650
Indian Springs, NV 89070-0650

AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

# UNITED STATES DISTRICT COURT
for the
NORTHERN DISTRICT OF ~~IOWA~~ IOWA
EASTERN DIVISION

MATTHEW TRAVIS HOUSTON, )
*Plaintiff/Petitioner* )
v. ) Civil Action No. 22-cv-133-LTS-MAR
ENCORE EVENT TECHNOLOGIES, ET AL, )
*Defendant/Respondent* )

### APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
(Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: **HIGH DESERT STATE PRISON**.
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:

My gross pay or wages are: $ __0__ , and my take-home pay or wages are: $ __0__ per
(specify pay period) __NA__.

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

(a) Business, profession, or other self-employment    ☐ Yes    ☑ No
(b) Rent payments, interest, or dividends            ☐ Yes    ☑ No
(c) Pension, annuity, or life insurance payments     ☐ Yes    ☑ No
(d) Disability, or worker's compensation payments    ☐ Yes    ☑ No
(e) Gifts, or inheritances                           ☐ Yes    ☑ No
(f) Any other sources                                ☐ Yes    ☑ No

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*

MATTHEW TRAVIS HOUSTON, CH-TD
ABA No. 04662784
HDSP No. 1210652
PO Box 650
Indian Springs, NV 89070-0650

AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

# UNITED STATES DISTRICT COURT
for the
NORTHERN DISTRICT OF ~~IOWA~~ IOWA
EASTERN DIVISION

MATTHEW TRAVIS HOUSTON, )
*Plaintiff/Petitioner* )
)
v. ) Civil Action No.
ENCORE EVENT TECHNOLOGIES, ET AL, )
*Defendant/Respondent* )
)

**APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS**
(Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: **HIGH DESERT STATE PRISON**.
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:

My gross pay or wages are: $ __0__, and my take-home pay or wages are: $ __0__ per
(specify pay period) __NA__.

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

(a) Business, profession, or other self-employment    ☐ Yes    ☑ No
(b) Rent payments, interest, or dividends    ☐ Yes    ☑ No
(c) Pension, annuity, or life insurance payments    ☐ Yes    ☑ No
(d) Disability, or worker's compensation payments    ☐ Yes    ☑ No
(e) Gifts, or inheritances    ☐ Yes    ☑ No
(f) Any other sources    ☐ Yes    ☑ No

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*

Page 1

PLEASE EXECUTE A FINANCIAL CERTIFICATE FOR:

Inmate Name: Matthew Houston
Prison ID#: 1210652
Date: April 28th, 2022
Housing# H.D.S.P. 3-D-42

_Inmate Signature_

[X] Please mail Financial Certificate to me upon return from Inmate Banking

**OR**

[ ] Please schedule me an appointment to pick up my Financial Certificate upon return from Inmate Banking

3 A-2

DECLARATION OF PLAINTIFF,
MATTHEW TRAVIS HOUSTON

On April 25th, 2022, an "inmate IFP Form" was efiled in Case No. 2:22-cv-00693-JAD-NJK, although NDOC Law Library was unable to provide Plaintiff's valid "FINANCIAL CERTIFICATES" at that time.

Page 3

## FINANCIAL CERTIFICATE

I request that an authorized officer of the institution in which I am confined, or other designated entity, such as Inmate Services for the Nevada Department of Prisons (NDOC), complete the below Financial Certificate.

I understand that:

(1) if I commence a petition for writ of habeas corpus in federal court pursuant to 28 U.S.C. § 2254, the filing fee is $5.00, and that such fee will have to be paid by me if the court denies my *in forma pauperis* application;

(2) if I commence a civil rights action in federal court pursuant to 42 U.S.C. § 1983, the filing fee is $400.00 (which includes the $350 filing fee and a $50 administrative fee), which I must pay in full; and

(a) if my current account balance (line #1 below) is $400.00 or more, I will not qualify for *in forma pauperis* status and I must pay the full filing fee of $400.00 before I will be allowed to proceed with the action;

(b) if I do **NOT** have $400.00 in my account as reflected on line #1 below, before I will be allowed to proceed with an action I will be required to pay 20% of my average monthly balance (line #2 below), or the average monthly deposits to my account (line #3 below), whichever is greater, and thereafter I must pay installments of 20% of the preceding month's deposits to my account in months that my account balance exceeds $10.00 (if I am in the custody of the NDOC, I hereby authorize the NDOC to make such deductions from deposits to my account, and I further understand that if I have a prison job, then the 20% of my paycheck that is guaranteed to me as spendable money will be sent to the court for payment of the filing fee); and

(c) I must continue to make installment payments until the $350.00 filing fee is fully paid, without regard to whether my action is closed or my release from confinement. The $50 administrative fee will be waived only if I am granted permission to proceed *in forma pauperis*.

Type of action (check one):   _X_ civil rights        _X_ habeas corpus

Matthew Travis Houston
INMATE NAME (printed)                   SIGNATURE & PRISON NUMBER 1210652

1. CURRENT ACCOUNT BALANCE         $ 0.25

2. AVERAGE MONTHLY BALANCE*        $ 36.64

3. AVERAGE MONTHLY DEPOSITS*       $ 66.67

4. FILING FEE (based on #1, #2 or #3, whichever is greater)   $ 13.33

* for the past six (6) months, from all sources, including amount in any savings account that is in excess of minimum amount that must be maintained

I hereby certify that as of this date, the above financial information is accurate for the above named inmate.
**(Please sign in ink in a)**
**(color other than black.)**

May 25 2022                            AUTHORIZED OFFICER
DATE
                                       AA 3
                                       TITLE

4

# Financial Certificates
## 1210652 - HOUSTON, MATTHEW
## (11/26/2021 - 5/25/2022)

### Trust

| Date | Description | Deposit | Withdrawal | Balance |
|---|---|---|---|---|
| 11/26/2021 | Opening Balance | | | $0.00 |
| 02/15/2022 | Keefe | $200.00 | | $200.00 |
| 02/15/2022 | Legal Copies | | ($2.50) | $197.50 |
| 02/15/2022 | Legal Copies | | ($0.90) | $196.60 |
| 02/15/2022 | Legal Copies | | ($3.00) | $193.60 |
| 02/15/2022 | Legal Copies | | ($2.50) | $191.10 |
| 02/15/2022 | Postage | | ($1.75) | $189.35 |
| 02/15/2022 | Gate Money | | ($19.35) | $170.00 |
| 02/15/2022 | Savings | | ($20.00) | $150.00 |
| 03/09/2022 | Phone Credit | | ($5.00) | $145.00 |
| 03/11/2022 | Commissary | | ($31.77) | $113.23 |
| 03/18/2022 | Commissary | | ($44.09) | $69.14 |
| 03/23/2022 | Phone Credit | | ($10.00) | $59.14 |
| 03/25/2022 | Commissary | | ($32.46) | $26.68 |
| 03/26/2022 | Legal Postage | | ($0.58) | $26.10 |
| 03/26/2022 | Legal Postage | | ($0.58) | $25.52 |
| 03/26/2022 | Legal Postage | | ($0.58) | $24.94 |
| 03/26/2022 | Legal Postage | | ($1.16) | $23.78 |
| 03/26/2022 | Legal Postage | | ($1.16) | $22.62 |
| 03/26/2022 | Legal Postage | | ($1.16) | $21.46 |
| 03/26/2022 | Legal Postage | | ($1.16) | $20.30 |
| 03/26/2022 | Legal Copies | | ($6.50) | $13.80 |
| 04/01/2022 | Commissary | | ($4.17) | $9.63 |
| 04/08/2022 | Commissary | | ($8.14) | $1.49 |
| 04/14/2022 | Commissary Refund | $8.14 | | $9.63 |
| 04/14/2022 | Trust 2 | | ($8.14) | $1.49 |
| 04/18/2022 | Trust 2 | $8.14 | | $9.63 |
| 04/18/2022 | Phone Credit | | ($9.00) | $0.63 |
| 04/23/2022 | Legal Postage | | ($0.58) | $0.05 |
| 05/08/2022 | Keefe | $200.00 | | $200.05 |
| 05/08/2022 | Gate Money | | ($5.65) | $194.40 |
| 05/08/2022 | Medical Copay | | ($8.00) | $186.40 |
| 05/08/2022 | Medical Copay | | ($8.00) | $178.40 |
| 05/08/2022 | Medical Copay | | ($8.00) | $170.40 |
| 05/08/2022 | Medical Copay | | ($0.35) | $170.05 |
| 05/08/2022 | Savings | | ($20.00) | $150.05 |
| 05/08/2022 | Phone Credit | | ($10.00) | $140.05 |
| 05/12/2022 | Phone Credit | | ($10.00) | $130.05 |
| 05/13/2022 | Commissary | | ($42.67) | $87.38 |
| 05/20/2022 | Commissary | | ($71.73) | $15.65 |
| 05/23/2022 | Phone Credit | | ($10.00) | $5.65 |
| 05/23/2022 | Phone Credit | | ($5.00) | $0.65 |
| 05/25/2022 | Legal Postage | | ($0.40) | $0.25 |
| 05/25/2022 | Closing Balance | | | $0.25 |

### Trust2

# Financial Certificates
## 1210652 - HOUSTON, MATTHEW

| Date | Description | Deposit | Withdrawal | Balance |
|---|---|---|---|---|
| 11/26/2021 | Opening Balance | | | $0.00 |
| 04/14/2022 | Trust 2 | $8.14 | | $8.14 |
| 04/18/2022 | Trust 2 | | ($8.14) | $0.00 |
| 05/25/2022 | Closing Balance | | | $0.00 |

### Trust 3

| Date | Description | Deposit | Withdrawal | Balance |
|---|---|---|---|---|
| | | No Activity | | |
| 11/26/2021 | Opening Balance | | | $0.00 |
| 05/25/2022 | Closing Balance | | | $0.00 |

### Savings

| Date | Description | Deposit | Withdrawal | Balance |
|---|---|---|---|---|
| 11/26/2021 | Opening Balance | | | $0.00 |
| 02/15/2022 | Savings | $20.00 | | $20.00 |
| 05/08/2022 | Savings | $20.00 | | $40.00 |
| 05/25/2022 | Closing Balance | | | $40.00 |

# Financial Certificates
## 1210652 - HOUSTON, MATTHEW

| Date | Daily Balance | Daily Deposit | Number Of Deposit |
|---|---|---|---|
| 11/26/2021 | $0.00 | $0.00 | 0 |
| 11/27/2021 | $0.00 | $0.00 | 0 |
| 11/28/2021 | $0.00 | $0.00 | 0 |
| 11/29/2021 | $0.00 | $0.00 | 0 |
| 11/30/2021 | $0.00 | $0.00 | 0 |
| 12/01/2021 | $0.00 | $0.00 | 0 |
| 12/02/2021 | $0.00 | $0.00 | 0 |
| 12/03/2021 | $0.00 | $0.00 | 0 |
| 12/04/2021 | $0.00 | $0.00 | 0 |
| 12/05/2021 | $0.00 | $0.00 | 0 |
| 12/06/2021 | $0.00 | $0.00 | 0 |
| 12/07/2021 | $0.00 | $0.00 | 0 |
| 12/08/2021 | $0.00 | $0.00 | 0 |
| 12/09/2021 | $0.00 | $0.00 | 0 |
| 12/10/2021 | $0.00 | $0.00 | 0 |
| 12/11/2021 | $0.00 | $0.00 | 0 |
| 12/12/2021 | $0.00 | $0.00 | 0 |
| 12/13/2021 | $0.00 | $0.00 | 0 |
| 12/14/2021 | $0.00 | $0.00 | 0 |
| 12/15/2021 | $0.00 | $0.00 | 0 |
| 12/16/2021 | $0.00 | $0.00 | 0 |
| 12/17/2021 | $0.00 | $0.00 | 0 |
| 12/18/2021 | $0.00 | $0.00 | 0 |
| 12/19/2021 | $0.00 | $0.00 | 0 |
| 12/20/2021 | $0.00 | $0.00 | 0 |
| 12/21/2021 | $0.00 | $0.00 | 0 |
| 12/22/2021 | $0.00 | $0.00 | 0 |
| 12/23/2021 | $0.00 | $0.00 | 0 |
| 12/24/2021 | $0.00 | $0.00 | 0 |
| 12/25/2021 | $0.00 | $0.00 | 0 |
| 12/26/2021 | $0.00 | $0.00 | 0 |
| 12/27/2021 | $0.00 | $0.00 | 0 |
| 12/28/2021 | $0.00 | $0.00 | 0 |
| 12/29/2021 | $0.00 | $0.00 | 0 |
| 12/30/2021 | $0.00 | $0.00 | 0 |
| 12/31/2021 | $0.00 | $0.00 | 0 |
| 01/01/2022 | $0.00 | $0.00 | 0 |
| 01/02/2022 | $0.00 | $0.00 | 0 |
| 01/03/2022 | $0.00 | $0.00 | 0 |
| 01/04/2022 | $0.00 | $0.00 | 0 |
| 01/05/2022 | $0.00 | $0.00 | 0 |
| 01/06/2022 | $0.00 | $0.00 | 0 |
| 01/07/2022 | $0.00 | $0.00 | 0 |
| 01/08/2022 | $0.00 | $0.00 | 0 |
| 01/09/2022 | $0.00 | $0.00 | 0 |
| 01/10/2022 | $0.00 | $0.00 | 0 |
| 01/11/2022 | $0.00 | $0.00 | 0 |
| 01/12/2022 | $0.00 | $0.00 | 0 |
| 01/13/2022 | $0.00 | $0.00 | 0 |

## Financial Certificates
### 1210652 - HOUSTON, MATTHEW

| Date | Daily Balance | Daily Deposit | Number Of Deposit |
|---|---|---|---|
| 01/14/2022 | $0.00 | $0.00 | 0 |
| 01/15/2022 | $0.00 | $0.00 | 0 |
| 01/16/2022 | $0.00 | $0.00 | 0 |
| 01/17/2022 | $0.00 | $0.00 | 0 |
| 01/18/2022 | $0.00 | $0.00 | 0 |
| 01/19/2022 | $0.00 | $0.00 | 0 |
| 01/20/2022 | $0.00 | $0.00 | 0 |
| 01/21/2022 | $0.00 | $0.00 | 0 |
| 01/22/2022 | $0.00 | $0.00 | 0 |
| 01/23/2022 | $0.00 | $0.00 | 0 |
| 01/24/2022 | $0.00 | $0.00 | 0 |
| 01/25/2022 | $0.00 | $0.00 | 0 |
| 01/26/2022 | $0.00 | $0.00 | 0 |
| 01/27/2022 | $0.00 | $0.00 | 0 |
| 01/28/2022 | $0.00 | $0.00 | 0 |
| 01/29/2022 | $0.00 | $0.00 | 0 |
| 01/30/2022 | $0.00 | $0.00 | 0 |
| 01/31/2022 | $0.00 | $0.00 | 0 |
| 02/01/2022 | $0.00 | $0.00 | 0 |
| 02/02/2022 | $0.00 | $0.00 | 0 |
| 02/03/2022 | $0.00 | $0.00 | 0 |
| 02/04/2022 | $0.00 | $0.00 | 0 |
| 02/05/2022 | $0.00 | $0.00 | 0 |
| 02/06/2022 | $0.00 | $0.00 | 0 |
| 02/07/2022 | $0.00 | $0.00 | 0 |
| 02/08/2022 | $0.00 | $0.00 | 0 |
| 02/09/2022 | $0.00 | $0.00 | 0 |
| 02/10/2022 | $0.00 | $0.00 | 0 |
| 02/11/2022 | $0.00 | $0.00 | 0 |
| 02/12/2022 | $0.00 | $0.00 | 0 |
| 02/13/2022 | $0.00 | $0.00 | 0 |
| 02/14/2022 | $0.00 | $0.00 | 0 |
| 02/15/2022 | $150.00 | $200.00 | 1 |
| 02/16/2022 | $150.00 | $0.00 | 0 |
| 02/17/2022 | $150.00 | $0.00 | 0 |
| 02/18/2022 | $150.00 | $0.00 | 0 |
| 02/19/2022 | $150.00 | $0.00 | 0 |
| 02/20/2022 | $150.00 | $0.00 | 0 |
| 02/21/2022 | $150.00 | $0.00 | 0 |
| 02/22/2022 | $150.00 | $0.00 | 0 |
| 02/23/2022 | $150.00 | $0.00 | 0 |
| 02/24/2022 | $150.00 | $0.00 | 0 |
| 02/25/2022 | $150.00 | $0.00 | 0 |
| 02/26/2022 | $150.00 | $0.00 | 0 |
| 02/27/2022 | $150.00 | $0.00 | 0 |
| 02/28/2022 | $150.00 | $0.00 | 0 |
| 03/01/2022 | $150.00 | $0.00 | 0 |
| 03/02/2022 | $150.00 | $0.00 | 0 |
| 03/03/2022 | $150.00 | $0.00 | 0 |

## Financial Certificates
### 1210652 - HOUSTON, MATTHEW

| Date | Daily Balance | Daily Deposit | Number Of Deposit |
|---|---|---|---|
| 03/04/2022 | $150.00 | $0.00 | 0 |
| 03/05/2022 | $150.00 | $0.00 | 0 |
| 03/06/2022 | $150.00 | $0.00 | 0 |
| 03/07/2022 | $150.00 | $0.00 | 0 |
| 03/08/2022 | $150.00 | $0.00 | 0 |
| 03/09/2022 | $145.00 | $0.00 | 0 |
| 03/10/2022 | $145.00 | $0.00 | 0 |
| 03/11/2022 | $113.23 | $0.00 | 0 |
| 03/12/2022 | $113.23 | $0.00 | 0 |
| 03/13/2022 | $113.23 | $0.00 | 0 |
| 03/14/2022 | $113.23 | $0.00 | 0 |
| 03/15/2022 | $113.23 | $0.00 | 0 |
| 03/16/2022 | $113.23 | $0.00 | 0 |
| 03/17/2022 | $113.23 | $0.00 | 0 |
| 03/18/2022 | $69.14 | $0.00 | 0 |
| 03/19/2022 | $69.14 | $0.00 | 0 |
| 03/20/2022 | $69.14 | $0.00 | 0 |
| 03/21/2022 | $69.14 | $0.00 | 0 |
| 03/22/2022 | $69.14 | $0.00 | 0 |
| 03/23/2022 | $59.14 | $0.00 | 0 |
| 03/24/2022 | $59.14 | $0.00 | 0 |
| 03/25/2022 | $26.68 | $0.00 | 0 |
| 03/26/2022 | $13.80 | $0.00 | 0 |
| 03/27/2022 | $13.80 | $0.00 | 0 |
| 03/28/2022 | $13.80 | $0.00 | 0 |
| 03/29/2022 | $13.80 | $0.00 | 0 |
| 03/30/2022 | $13.80 | $0.00 | 0 |
| 03/31/2022 | $13.80 | $0.00 | 0 |
| 04/01/2022 | $9.63 | $0.00 | 0 |
| 04/02/2022 | $9.63 | $0.00 | 0 |
| 04/03/2022 | $9.63 | $0.00 | 0 |
| 04/04/2022 | $9.63 | $0.00 | 0 |
| 04/05/2022 | $9.63 | $0.00 | 0 |
| 04/06/2022 | $9.63 | $0.00 | 0 |
| 04/07/2022 | $9.63 | $0.00 | 0 |
| 04/08/2022 | $1.49 | $0.00 | 0 |
| 04/09/2022 | $1.49 | $0.00 | 0 |
| 04/10/2022 | $1.49 | $0.00 | 0 |
| 04/11/2022 | $1.49 | $0.00 | 0 |
| 04/12/2022 | $1.49 | $0.00 | 0 |
| 04/13/2022 | $1.49 | $0.00 | 0 |
| 04/14/2022 | $1.49 | $0.00 | 0 |
| 04/15/2022 | $1.49 | $0.00 | 0 |
| 04/16/2022 | $1.49 | $0.00 | 0 |
| 04/17/2022 | $1.49 | $0.00 | 0 |
| 04/18/2022 | $0.63 | $0.00 | 0 |
| 04/19/2022 | $0.63 | $0.00 | 0 |
| 04/20/2022 | $0.63 | $0.00 | 0 |
| 04/21/2022 | $0.63 | $0.00 | 0 |

## Financial Certificates
### 1210652 - HOUSTON, MATTHEW

| Date | Daily Balance | Daily Deposit | Number Of Deposit |
|---|---|---|---|
| 04/22/2022 | $0.63 | $0.00 | 0 |
| 04/23/2022 | $0.05 | $0.00 | 0 |
| 04/24/2022 | $0.05 | $0.00 | 0 |
| 04/25/2022 | $0.05 | $0.00 | 0 |
| 04/26/2022 | $0.05 | $0.00 | 0 |
| 04/27/2022 | $0.05 | $0.00 | 0 |
| 04/28/2022 | $0.05 | $0.00 | 0 |
| 04/29/2022 | $0.05 | $0.00 | 0 |
| 04/30/2022 | $0.05 | $0.00 | 0 |
| 05/01/2022 | $0.05 | $0.00 | 0 |
| 05/02/2022 | $0.05 | $0.00 | 0 |
| 05/03/2022 | $0.05 | $0.00 | 0 |
| 05/04/2022 | $0.05 | $0.00 | 0 |
| 05/05/2022 | $0.05 | $0.00 | 0 |
| 05/06/2022 | $0.05 | $0.00 | 0 |
| 05/07/2022 | $0.05 | $0.00 | 0 |
| 05/08/2022 | $140.05 | $200.00 | 1 |
| 05/09/2022 | $140.05 | $0.00 | 0 |
| 05/10/2022 | $140.05 | $0.00 | 0 |
| 05/11/2022 | $140.05 | $0.00 | 0 |
| 05/12/2022 | $130.05 | $0.00 | 0 |
| 05/13/2022 | $87.38 | $0.00 | 0 |
| 05/14/2022 | $87.38 | $0.00 | 0 |
| 05/15/2022 | $87.38 | $0.00 | 0 |
| 05/16/2022 | $87.38 | $0.00 | 0 |
| 05/17/2022 | $87.38 | $0.00 | 0 |
| 05/18/2022 | $87.38 | $0.00 | 0 |
| 05/19/2022 | $87.38 | $0.00 | 0 |
| 05/20/2022 | $15.65 | $0.00 | 0 |
| 05/21/2022 | $15.65 | $0.00 | 0 |
| 05/22/2022 | $15.65 | $0.00 | 0 |
| 05/23/2022 | $0.65 | $0.00 | 0 |
| 05/24/2022 | $0.65 | $0.00 | 0 |

| Start Date | End Date | Total Daily Balances | Number Of Days | Average Monthly Balances |
|---|---|---|---|---|
| 11/26/2021 | 12/25/2021 | $0.00 | 30 | $0.00 |
| 12/26/2021 | 01/25/2022 | $0.00 | 31 | $0.00 |
| 01/26/2022 | 02/25/2022 | $1,650.00 | 31 | $53.23 |
| 02/26/2022 | 03/25/2022 | $3,223.27 | 28 | $115.12 |
| 03/26/2022 | 04/25/2022 | $200.97 | 31 | $6.48 |
| 04/26/2022 | 05/25/2022 | $1,351.01 | 30 | $45.03 |

| Start Date | End Date | Total Deposits | Number Of Deposits | Average Monthly Deposits |
|---|---|---|---|---|
| 01/26/2022 | 02/25/2022 | $200.00 | 1 | $200.00 |
| 04/26/2022 | 05/25/2022 | $200.00 | 0 * | $200.00 |

| | | | |
|---|---|---|---|
| Current Account Balance: | 5/25/2022 | $0.25 | |
| Average Monthly Account Balance: | | $36.64 | |
| Average Monthly Deposits: | | $66.67 | |
| Average Total Monthly Deposit: | | $66.67 | 66•67X |
| | | | 20•% |

Nevada Department Of Corrections - DOC