UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MATTHEW HOUSTON,<br><br>    Plaintiff,<br><br>v.<br><br>ENCORE EVENT TECHNOLOGIES, *et al.*,<br><br>    Defendants. | Case No. 2:22-cv-2168-ART-EJY<br><br>**REPORT AND RECOMMENDATION**<br>ECF No. 1, 1-1, 2 |

This matter is before the Court on Plaintiff's attempt, once again, to sue Encore Event Technologies. *See* ECF No. 1-1. Plaintiff's Complaint is accompanied by an Application to Proceed *in forma pauperis* and Motion for Production of Documents. ECF Nos. 1, 2. Plaintiff filed a prior case against the same entity. *See* 22-cv-1740-JAD-EJY (the "1740 Case"). On October 24, 2023, Judge Dorsey entered an Order in the 1740 Case stating:

> IT IS ORDERED that Matthew T. Houston is a vexatious litigant who is therefore ENJOINED and PROHIBITED under 28 U.S.C. § 1651(a) from commencing a new action with a case-initiation document (whether complaint, petition, or otherwise) that contains, attaches, or incorporates filings from Houston's other cases in this district or in the Nevada state courts without first obtaining prefiling permission from the Chief Judge of this district.

*Id.* at ECF No. 30. A review of the current Complaint (ECF No. 1-1) shows it duplicates the Complaint filed in 22-cv-1740.

Accordingly, for each and all of the reasons set forth in the Court's Order finding Plaintiff a vexatious litigant in Case No. 22-cv-1740, ECF No. 30, IT IS HEREBY RECOMMENDED that Plaintiff's Application to Proceed *in forma pauperis* (ECF No. 1), Complaint (ECF No. 1-1), and Motion for Production of Documents (ECF No. 2) be DISMSISED with prejudice.

DATED this 21st day of December, 2023.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1

**NOTICE**

Pursuant to Local Rule IB 3-2, any objection to this Finding and Recommendation must be in writing and filed with the Clerk of the Court within fourteen (14) days. The Supreme Court has held that the courts of appeal may determine that an appeal has been waived due to the failure to file objections within the specified time. *Thomas v. Arn*, 474 U.S. 140, 142 (1985). This circuit has also held that (1) failure to file objections within the specified time and (2) failure to properly address and brief the objectionable issues waives the right to appeal the District Court's order and/or appeal factual issues from the order of the District Court. *Martinez v. Ylst,* 951 F.2d 1153, 1157 (9th Cir. 1991); *Britt v. Simi Valley United Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).