UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MATTHEW HOUSTON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ENCORE EVENT TECHNOLOGIES, *et al.*,<br><br>　　　　Defendants. | Case No. 2:22-cv-02168-ART-EJY<br><br>**REPORT AND RECOMMENDATION**<br><br>Re: ECF Nos. 13, 14 |

　　　　Pending before the Court is Plaintiff's Motion to Establish Factual Innocence, Renewed Motion to Stay, and Motion for New Trial (ECF No. 13), which is 350 pages long. Also pending is Plaintiff's Motion for Relief from Judgment (ECF No. 14), which is 436 pages long.

　　　　On December 21, 2023, I entered a Report and Recommendation in this case relying on an Order entered by the Honorable Jennifer A. Dorsey in Mr. Houston's case bearing Case Number 22-cv-1740-JAD-EJY (the "1740 Case"). In the 1740 Case, Judge Dorsey stated:

> IT IS ORDERED that Matthew T. Houston is a vexatious litigant who is therefore ENJOINED and PROHIBITED under 28 U.S.C. § 1651(a) from commencing a new action with a case-initiation document (whether complaint, petition, or otherwise) that contains, attaches, or incorporates filings from Houston's other cases in this district or in the Nevada state courts without first obtaining prefiling permission from the Chief Judge of this district.

*Id.* at ECF No. 30. Based on Judge Dorsey's Order, I recommended Plaintiff's Application to Proceed *in forma pauperis* (ECF No. 1), Complaint (ECF No. 1-1), and Motion for Production of Documents (ECF No. 2) be dismissed with prejudice. ECF No. 6. That recommendation is pending.

　　　　Presently, Plaintiff filed two motions the shear length and presentation of which render them impossible to decipher. Moreover, even assuming Plaintiff seeks relief from a prior criminal judgment, this issue must be raised through a habeas corpus petition. *Heck v. Humphrey*, 512 U.S. 477, 481 (1994) (citing *Preiser v. Rodriguez*, 411 U.S. 475, 488-490 (1973)).

Accordingly, IT IS HEREBY RECOMMENDED that Plaintiff's Motion to Establish Factual Innocence, Renewed Motion to Stay, and Motion for New Trial (ECF No. 13) be DENIED with prejudice.

IT IS FURTHER RECOMMENDED that Plaintiff's Motion for Relief from Judgment (ECF No. 14) be DENIED with prejudice.

DATED this 13th day of February, 2024.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

**NOTICE**

Pursuant to Local Rule IB 3-2, any objection to this Finding and Recommendation must be in writing and filed with the Clerk of the Court within fourteen (14) days.  The Supreme Court has held that the courts of appeal may determine that an appeal has been waived due to the failure to file objections within the specified time. *Thomas v. Arn*, 474 U.S. 140, 142 (1985).  This circuit has also held that (1) failure to file objections within the specified time and (2) failure to properly address and brief the objectionable issues waives the right to appeal the District Court's order and/or appeal factual issues from the order of the District Court. *Martinez v. Ylst,* 951 F.2d 1153, 1157 (9th Cir. 1991); *Britt v. Simi Valley United Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).