AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

MATTHEW TRAVIS HOUSTON,

        Plaintiff,

v.

ENCORE EVENT TECHNOLOGIES et al.,

        Defendant.

JUDGMENT

Case Number:  2:22-cv-02168-ART-EJY

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the Court hereby **DENIES** Mr. Houston's motion for leave to proceed *in forma pauperis* and **DISMISSES** his complaint with prejudice. (ECF No. 1.)
**IT IS FURTHER ORDERED** that Judge Youchah's reports and recommendations are **ACCEPTED AND ADOPTED**, to the extent that they do not conflict with this order. (ECF Nos. 6, 15, 16.)
**IT IS FURTHER ORDERED** that all other motions and objections are **DISMISSED** as moot or overruled.
**IT IS FURTHER ORDERED** that judgment is hereby entered accordingly and this case is closed.



Date: April 4, 2024

CLERK OF COURT

_Signature of Clerk or Deputy Clerk_